UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re:<br><br>**Rosemarie Gianforte,**<br><br>　　　　Debtor(s). | Chapter 13<br><br>Case No. 13-09875 |
|---|---|

DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY

I, _Jo-Ann L. Goldman_____, declare under penalty of perjury as follows:

1.  I am a/an _Vice President_ of Select Portfolio Servicing, Inc. ("SPS") and am authorized to sign this declaration on behalf of SPS as servicing agent for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates Series 2006-41CB("MFRR"). This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2.  As part of my job responsibilities for SPS, I have personal knowledge of and am familiar with the types of records maintained by SPS in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of SPS that pertain to the Loan and extensions of credit given to Debtor(s) concerning the property securing such Loan.

3.  The information in this declaration is taken from SPS's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from

information transmitted by persons with personal knowledge; (b) kept in the course of SPS's regularly conducted business activities; and (c) it is the regular practice of SPS to make such records.

4. The Debtor(s) has/have executed and/or delivered and/or is/are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of 07/17/2013, there are one or more defaults in paying post-petition amounts due with respect to the Note.

6. As of 07/11/2013, the unpaid principal balance of the Note is $174,873.03.

7. The following chart sets forth those postpetition payments, due pursuant to the terms of the Note, that have been missed by the Debtor(s) as of 07/17/13:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 04/01/2013 | 07/01/2013 | $1,038.31 | $172.66 | $1,210.97 | $4,843.88 |

Total: $4,843.88

8. As of 07/01/2011, the total postpetition arrearage/delinquency is $4,843.88.[1] This is the amount necessary to cure any post-petition default on or about the date hereof.

---

[1] The total of missed postpetition payments for this impounded loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, postpetition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, the Bank will determine whether the escrow

9. Upon information and belief, as of 04/17/2013, the unpaid amount of the prepetition arrearage and any other amounts to be cured under the confirmed plan is $38,756.10.[2]

10. The next payment under the terms of the Note will come due on 08/01/2013 and is in the amount of $1,210.97.

11. Attached to the Motion is a postpetition payment history, which history is incorporated herein by reference.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _24th_ day of _July_, _2013_.

Name: _[signature]_
Title:
Jo-Ann L. Goldman
Vice President
Select Portfolio Servicing, Inc.

Select Portfolio Servicing, Inc. as Attorney in Fact

---

payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total postpetiton arrearage/delinquency is qualified accordingly. In addition, the amounts set forth herein do not include any legal fees or expenses of counsel incurred by Movant in connection with seeking the relief requested in the Motion.

[2] The amount set forth herein is based on the amount reflected on the trustee's ledger. Additional information regarding this amount is available upon request.